UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

SHELLEY BASTIAN

    Plaintiff,

v.                                                                                            Case No. 22-cv-886

ABRAMS GAS, INC., *et. al.*

    Defendants

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

COMES NOW Plaintiff, Shelley Bastian, and by his attorneys, Walcheske & Luzi, LLC, and hereby motions this Court to direct the Clerk to enter default against Defendant pursuant to FED. R. CIV. P. 55(a).

On September 27, 2022, affidavits of service were filed with this Court, stating, among other things, that Defendants were served with a copy of the Summons and Complaint in this matter on September 21, 2022. (ECF Nos. 5, 6, and 7.)

Defendants' Answer or other responsive pleadings to Plaintiff's Complaint was due on or before October 12, 2022 – twenty-one (21) days after September 21, 2022. *See* FED. R. CIV. P. 12(a)(1)(A)(i) (stating that a defendant "must serve an answer… within 21 days after being served with the summons and complaint.").

To date, Defendants have not filed an Answer or other responsive pleading to Plaintiff's Complaint. Therefore, because the time for Defendants to do so has passed, the Clerk must enter default against Defendants pursuant to FED. R. CIV. P. 55(a).

**WHEREFORE**, Plaintiff respectfully requests that this Court grant her Motion.

Dated this 17th day of October, 2022

                WALCHESKE & LUZI, LLC
                Counsel for Plaintiff

                s/ ***Scott S. Luzi***
                Scott S. Luzi, State Bar No. 1067405

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: sluzi@walcheskeluzi.com