UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHELLEY BASTIAN,

    Plaintiff,

v.                         Case No. 22-C-886

ABRAMS GAS INC., VELP GAS INC.,
and SARBJIT SINGH,

    Defendants.

## NOTICE OF DISMISSAL

Notice is hereby given that the court will dismiss this action 21 days from the date of this notice pursuant to Civil L.R. 41(c) (E.D. Wis.), which rule provides that:

> Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action and Civil L. R. 41(a) or (b) does not apply, the Court may enter an order of dismissal with or without prejudice.

The plaintiff filed this action on August 4, 2022. Proof of service of the complaint was filed with the court on September 27, 2022. A responsive pleading was due from the defendants on October 12, 2022. At the plaintiff's request, the clerk entered default against the defendants on October 17, 2022. To date, neither a responsive pleading nor a motion for default judgment has been filed. If the parties are attempting to informally resolve the case or, for other reasons, need an extension of time, they should notify the court.

Dated at Green Bay, Wisconsin on November 21, 2022.

                                              s/ William C. Griesbach
                                              WILLIAM C. GRIESBACH
                                              United States District Judge