UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

SHELLEY BASTIAN

    Plaintiff,

v.                                                             Case No. 22-cv-886

ABRAMS GAS, INC., *et. al.*

    Defendants

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that WALCHESKE & LUZI, LLC, by Attorney David M. Potteiger, appears as counsel for Plaintiff, Shelley Bastian, in this matter. Please direct all subsequent pleadings and notices to:

> WALCHESKE & LUZI, LLC
> 235 N. Executive Drive, Suite 240
> Brookfield, Wisconsin 53005
> Telephone: (262) 780-1953
> Fax: (262) 565-6469
> E-Mail: dpotteiger@walcheskeluzi.com

Dated this 9th day of December, 2022

                                                 WALCHESKE & LUZI, LLC
                                                 Counsel for Plaintiff

                                                 *s/ David M. Potteiger*
                                                 David M. Potteiger, State Bar No. 1067009