SHELLEY BASTIAN,

        Plaintiff,

        v.                                      Case No. 22-C-886

ABRAMS GAS INC., VELP GAS INC., and
SARBJIT SINGH,

        Defendants.

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

On August 4, 2022, Plaintiff Shelley Bastian filed this action against her former employers, Abrams Gas, Inc., and Velp Gas, Inc., along with their owner Sarbjit Singh, for violations of the Fair Labor Standards Act (FSLA), 29 U.S.C. § 201 et seq., and the Wisconsin Wage Payment and Collection Law (WWPCL), Wis. Stat. § 109.01 et seq. Bastian alleged that the defendants had violated the FLSA and the WWPCL by failing to compensate her for regular and overtime hours she worked. Federal jurisdiction exists under 29 U.S.C. § 1331 and 28 U.S.C. § 1367. The defendants were duly served with the summons and complaint on September 21, 2022. Upon their failure to answer or otherwise respond within the time allowed, the Clerk entered a default on October 17, 2022. The case is now before the court on the plaintiff's motion for default judgment against each of the defendants. Having reviewed the entire record, including the plaintiff's motion and supporting declarations, the court makes the following findings:

      1. Defendants Abrams Gas, Inc., Velp Gas, Inc., and Sarbjit Singh have failed to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55. *See* Fed. R. Civ. P. 55(a).

2. Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 216(b), by failing to compensate Bastian for all pre- and post-shift hours worked at the lawful overtime premium rate of pay for all hours worked in excess of 40 in a workweek.

3. Due to Defendants' failure, Bastian is entitled to statutory damages, liquidated damages, attorney fees, and costs.

4. Based on the brief and declarations submitted by Bastian in support of default judgment, *see* Dkt. Nos. 15–18, the court assesses the following damages:

   a. Statutory damages in the amount of $21,750.00;

   b. Liquidated damages in the amount of $21,750.00;

   c. Attorney's fees in the amount of $5,940.00; and

   d. Costs in the amount of $546.80.

**IT IS THEREFORE ORDERED** that the clerk is directed to enter judgment in favor of Bastian and against Defendants in the amount of $49,986.80.

Dated at Green Bay, Wisconsin this 29th day of December, 2022.

s/ William C. Griesbach
William C. Griesbach
United States District Judge