# United States District Court

EASTERN DISTRICT OF WISCONSIN

SHELLEY BASTIAN,

        Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**
Case No. 22-C-886

ABRAMS GAS, INC.,
VELP GAS, INC., and
SARBJIT SINGH,

        Defendants.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Shelley Bastian and against Defendants Abrams Gas, Inc., Velp Gas, Inc., and Sarbjit Singh in the amount of $49,986.80.

Approved:  s/ William C. Griesbach
              WILLIAM C. GRIESBACH
              United States District Judge

Dated:   December 29, 2022

              GINA M. COLLETTI
              Clerk of Court

              s/ Mara A. Corpus
              (By) Deputy Clerk