UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| SHELLEY BASTIAN,<br><br>    Plaintiff,<br><br>v.<br><br>ABRAMS GAS INC., VELP GAS INC. and<br>SARBJIT SINGH,<br><br>    Defendants. | Case No.: 22-CV-886 |

**DECLARATION OF SARBJIT SINGH IN SUPPORT OF
DEFENDANTS' MOTION TO REOPEN CASE**

I, Sarbjit Singh, hereby declare the following:

1. I am a Defendant in this matter and I make this Declaration upon my own personal knowledge of the facts and circumstances described herein.

2. Abrams Gas Inc. ("AGI") is a Wisconsin corporation that operates a gas station and convenience store located in Abrams, Wisconsin.

3. Velp Gas Inc. ("VGI") is a Wisconsin corporation that operates a gas station and convenience store located in Green Bay, Wisconsin.

4. I am an adult resident of the State of Wisconsin and am the sole shareholder of AGI and VGI.

5. Shelley Bastian ("Bastian") was employed by AGI and VGI in the capacity of District Manager of both AGI and VGI.

6. At the time that Bastian filed the Complaint with the United States District Court for the Eastern District of Wisconsin, Green Bay Division, Bastian previously filed a Worker's Compensation claim against AGI and VGI.

1

7. When I was served with the Complaint on behalf of all Defendants, I believed that the Complaint was related to Bastian's Worker's Compensation claim.

8. After I was served, I forwarded a full copy of the Summons and Complaint in this action to my worker's compensation insurance carrier.

9. Initially, my worker's compensation insurance carrier informed me that it would defend the Complaint.

10. Upon the assurances of my worker's compensation carrier, AGI, VGI and I failed to timely respond to Bastian's Complaint.

11. AGI, VGI and I were unaware of the default judgment entered against us until June, 2023 when I received a Garnishment Summons and Complaint filed in the Brown County Circuit Court for the State of Wisconsin in June, 2023.

12. Immediately upon learning of the default judgment, I contacted Hager, Dewick & Zuengler, S.C. to file this Motion on behalf of AGI, VGI and I.

13. Bastian worked for AGI and VGI in the position of District Manager.

14. As part of her job duties, Bastian was required to report the number of hours worked by the employees she oversaw and also self-report the number of hours she worked herself during each pay period.

15. I am not on-site at the businesses on a daily basis and have no way to verify the number of hours worked by an employee other than the number of hours reported by the employee and verified by the District Manager.

16. I expected that Bastian, as District Manager, would follow and enforce company policies at the convenience stores she was in charge of.

17. I trusted that Bastian would report all of the hours she worked, and AGI, VGI and I were willing to pay overtime and the legal rate of time and one-half for all hours reported.

18. Bastian would occasionally report that she worked overtime hours to me, and she was paid appropriately for her overtime work.

19. This Declaration is made in support of Defendants' Brief in Support of Motion to Reopen Case.

I hereby declare, under penalty of perjury, that the foregoing is true and correct.

Executed on this 30th day of June, 2023.

/s/ Sarbjit Singh
Sarbjit Singh

# CERTIFICATE OF SERVICE

I certify that on the 30th day of June, 2023, a true and correct copy of the above and foregoing was served via the Court's CM/ECF system which gave notification electronically upon the following parties and participants:

    Attorney James A. Walcheske
    jwalcheske@walcheskeluzi.com
    Attorney Scott S. Luzi
    sluzi@walcheskeluzi.com
    Attorney David M. Potteiger
    dpotteiger@walcheskeluzi.com

                HAGER, DEWICK & ZUENGLER, S.C.
                Attorneys for Defendants, Abrams Gas Inc., Velp Gas Inc.
                and Sarbjit Singh


                /s/ Corey S. Tilkens
                Attorney Corey S. Tilkens
                State Bar No. 1094261

Mailing Address
200 South Washington Street, Suite 200
Green Bay, WI 54301
Phone No.: (920) 430-1900
Fax No.: (920) 430-1909
Email: ctilkens@hdz-law.com